Neal David RICKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71852.

Missouri Court of Appeals,
Western District.

Aug. 3, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 28, 2010.

Neal David Ricker, appellant Pro Se.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, THOMAS H. NEWTON, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Neal David Ricker filed a motion to reopen his post-conviction relief proceedings, which was denied by the motion court. Ricker now appeals.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.